FILED: August 16, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-1588
(9:11-cv-01074-RMG)

_____

CODY A. HEARN; CHRISTOPHER A. HEARN, individually and as Personal Representative of the Estate of Henry C. Hearn

   Plaintiffs - Appellants

v.

LANCASTER COUNTY; BARRY S. FAILE, individually and in his official capacity as the Sheriff of Lancaster County; DEBBIE HORNE, individually and in her official capacity as Jail Administrator; CHUCK KIRKLEY, individually and in his official capacity as Lancaster County Deputy Sheriff; DONOVAN SMALL, individually and in his official capacity as Lancaster County Deputy Sheriff; MITZI SNIPES, individually and in her official capacity as Lancaster County Deputy Sheriff; JAMES WHITAKER, individually and in his official capacity as Lancaster County Deputy Sheriff; JOHN DOE 1, individually and in his official capacity as Lancaster County Deputy Sheriff; OFFICER JOHN DOE 2, individually and in his official capacity as Lancaster County Deputy Sheriff; JOHN DOE 3, individually and in his official capacity as Lancaster County Deputy Sheriff; JOHN DOE 4, individually and in his official capacity as Lancaster County Deputy Sheriff; JOHN DOE 5, individually and in his official capacity as Lancaster County Deputy Sheriff; JOHN DOE 6, individually and in his official capacity as Lancaster County Deputy Sheriff; JOHN DOE 7, individually and in his official capacity as Lancaster County Correction Officer; JOHN DOE 8, individually and in his official capacity as Lancaster County Correction Officer; JOHN DOE 9, individually and in his official capacity as Lancaster County Correction Officer; JOHN DOE 10, individually and in his official capacity as Lancaster County Correction Officer; JOHN DOE 11, individually and in his official capacity as Lancaster County Correction Officer; JOHN DOE 12, individually and in his official capacity as

Lancaster County Correction Officer

Defendants - Appellees

_____

O R D E R

_____

The court grants an extension of the briefing schedule as follows:

Response brief due: 09/03/2013

Any reply brief: 14 days from service of response brief.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk